UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| CHARLES EUGENE MOORE, } | |
| Plaintiff, } | |
| v. } | Case No.: 4:20-cv-1370-RDP-GMP |
| MS. WALTON, et al., } | |
| Defendants. } | |

## MEMORANDUM OPINION

On November 30, 2020, the Magistrate Judge's Report and Recommendation was entered and the parties were allowed therein fourteen (14) days in which to file objections to the recommendations made by the Magistrate Judge. (Doc. # 6). On December 15, 2020, Plaintiff filed objections to the Magistrate Judge's Report and Recommendation. (Doc. # 7).

Plaintiff's main objection is that he requests additional time to pay the partial filing fee. The simple answer to that objection is that Plaintiff may refile this § 1983 action when he is able to pay a partial filing fee. The dismissal of this action without prejudice will not prevent that action.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the Report and Recommendation and Plaintiff's Objections, the Magistrate Judge's Report is hereby **ADOPTED** and the Recommendation is **ACCEPTED**. Therefore, this action **is** due to be dismissed without prejudice for failure to prosecute. A separate order will be entered.

**DONE** and **ORDERED** this January 7, 2021.

R. DAVID PROCTOR
UNITED STATES DISTRICT JUDGE